Rel: May 23, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0841

Sarah Vanek, as personal representative of the Estate of Charles E. Flanagan, deceased v. Emergency Physician Associates, P.A., and Brian J. Tierney, M.D. (Appeal from Jefferson Circuit Court: CV-20-902492).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Wise, Sellers, Mendheim, Cook, McCool, and Lewis, JJ., concur.